# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2009

139003

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DARRIN LAMAR LAURY,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139003
COA: 290810
Genesee CC: 07-020505-FH

_____/

      On order of the Court, the application for leave to appeal the April 21, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

_____
Clerk